ORIGINAL

SEALED

BY ORDER OF THE COURT

ELLIOT ENOKI  #1528
Acting United States Attorney
District of Hawaii

THOMAS J. BRADY  #4472
Chief, Criminal Division

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 2 9 2017

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

MORGAN EARLY  #10404
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Morgan.Early@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO. 17-01006 RLP |
| ) | |
| Plaintiff, ) | CRIMINAL COMPLAINT; |
| ) | AFFIDAVIT |
| v. ) | |
| ) | |
| CHRISTOPHER FOX, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is

true and correct to the best of my knowledge and belief.

## COUNT 1

### Transfer of Obscene Material to a Minor

On exact dates unknown, but sometime between August 1, 2016 and November 28, 2016, in the District of Hawaii, the defendant, CHRISTOPHER FOX, did, by means of interstate commerce, knowingly transfer obscene material to another individual who had not attained the age of 16 years, specifically, Minor Victim #1, knowing that she had not attained the age of 16 years.

All in violation of Title 18, United States Code, Section 1470.

## COUNT 2

### Sexual Exploitation of Children

On exact dates unknown, but sometime between August 1, 2016 and November 28, 2016, in the District of Hawaii, the defendant, CHRISTOPHER FOX, did knowingly employ, use, persuade, induce, entice and/or coerce a minor, Minor Victim #1, to engage in sexually explicit conduct for the purpose of producing one or more visual depictions of such conduct, and did attempt to do so, knowing or having reason to know that such visual depictions would be transported and transmitted using a means or facility of interstate or foreign commerce, or were transported in or affecting interstate and foreign commerce, or which visual depictions were produced or transmitted using materials that had been

mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 3

### Cyberstalking

From approximately August 1, 2016 until November 28, 2016, in the District of Hawaii and elsewhere, the defendant, CHRISTOPHER FOX, with the intent to harass, intimidate, and/or place under surveillance with intent to harass or intimidate another person, specifically, Minor Victim #1, did use an interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to her.

All in violation of Title 18, United States Code, Sections 2261A(2)(B).

## COUNT 4

### Distribution of Child Pornography

On or about November 28, 2016, in the District of Hawaii and elsewhere, the defendant, CHRISTOPHER FOX, did knowingly distribute and attempt to distribute child pornography, as defined in Title 18, United States Code, Section

2256(8), that had been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

## COUNT 5

### Possession of Child Pornography

On or about July 15, 2017, in the District of Hawaii and elsewhere, the defendant, CHRISTOPHER FOX, knowingly possessed material that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped, or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B).

I further state that I am a Special Agent with Homeland Security Investigations ("HSI"), and that this Complaint is based upon the facts set forth in

4

the attached "Special Agent's Affidavit in Support of a Criminal Complaint,"

which is incorporated herein by reference.

SIAVE IAFETA
Complainant

Subscribed to and sworn before me on
August 29, 2017, at Honolulu, Hawaii.

RICHARD L. PUGLISI
UNITED STATES MAGISTRATE JUDGE

5

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO.  17-01006 RLP |
| | ) | |
| Plaintiff, | ) | AFFIDAVIT IN SUPPORT OF |
| | ) | CRIMINAL COMPLAINT |
| v. | ) | |
| | ) | |
| CHRISTOPHER FOX, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**<u>INTRODUCTION</u>**

1.     This affidavit is submitted for the purpose of establishing probable cause that from an exact date unknown, but sometime in August 2016, and continuing and through November 28, 2016, in various places within the District of Hawaii and elsewhere, CHRISTOPHER FOX ("FOX") engaged in conduct that violated the following federal statutes:  18 U.S.C. § 1470, which makes it a crime for any person to transfer obscene material to a minor under the age of 16; 18 U.S.C. § 2251(a) and 2251(e), which make it a crime for any person to use, persuade, induce, entice, or coerce a minor to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct if

the person knows the depiction will be transported in interstate or foreign commerce, or attempt to do so; 18 U.S.C. § 2261A(2), which makes it a crime to stalk another person via means of the internet ("cyberstalking"); and 18 U.S.C. §§ 2252A(a)(2)(A), 2252A(a)(5)(B), and 2252A(b)(1), which make it a crime to knowingly possess or distribute child pornography that has been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer, or attempt to do so.

2.      I am a Special Agent ("SA") with Homeland Security Investigations ("HSI"), and am presently assigned to the Honolulu Office, Cyber Group. I have been employed as a Special Agent with HSI since October 2003. I have investigated criminal cases to include internet crimes against children, drug smuggling, human smuggling, human trafficking, fraud, illegal exports and other violations. As part of these investigations, I have participated in the service of numerous federal and state search warrants. I have successfully completed the Criminal Investigator Training Program and the Immigration and Customs Enforcement Special Agent Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia.

3.      I am familiar with the facts set forth in this affidavit based upon my personal knowledge and/or information provided to me by other law enforcement personnel and/or witnesses. This affidavit is intended to show merely

2

that there is sufficient probable cause for the criminal complaint charging FOX

with violations of federal law.  Accordingly, this affidavit does not set forth all of

the facts known to me or to HSI regarding this matter.  Summaries of and

statements from conversations do not include references to all topics covered in the

communications.  This affidavit is not intended to include each and every fact and

matter observed or known to the government.

## PROBABLE CAUSE

### I. *Interviews with Minor Victim*

4.      On February 3, 2017, HSI Honolulu received a lead from its

London Attaché division relating to the possible sextortion of a minor female

located in the United Kingdom (UK).  HSI London Assistant Attaché Special

Agent (SA) Anthony Villacorta relayed to HSI Honolulu that the Wiltshire Police

in the UK had received information that a suspect had enticed a minor to engage in

sexual activity via social media.

5.      SA Villacorta relayed a UK Police Report and a video

recording of an interview with a female minor victim (herein referred to as "MV"),

dated November 28, 2016.  I reviewed this recorded interview.

6.      According to MV's statements in this recorded interview, in

August 2016, a male with Instagram username "Foxfire6010" contacted her and

3

started to "follow" her on both Instagram and Snapchat (social media platforms).

At this time, MV was twelve (12) years old.

7.      According to MV, the male's biography on Instagram had a

picture of his face and said he was 19 years old and a proud American soldier.  He

had short dark hair, brown eyes, and a beard on his chin.  At first their

conversations were normal, and MV shared details of her life with him, including

the fact that she had personal struggles, such as cutting herself.  Their

communications included a "Facetime" chat, during which they spoke face-to-face

for approximately 30 minutes.  MV reported that the male had an American accent.

8.      According to MV, during their conversations, the male said he

wanted to marry her, that he loved her, and that he wanted to have a child with her.

The male told MV he lived in Hawaii.  The minor told him that she was 13 years

old, and in response he said he would be 24 years old when she was old enough to

get married to him.  The male asked MV about who her closest friends were, and

she told him some of her friend's first names.  MV reported that the male said his

name was Chris Fox.[1]

9.      A few weeks later, in early September, FOX started to ask her

for photos of herself without any clothes on.  When she refused to send naked

---

[1] My subsequent investigation, as set forth below, confirmed that the defendant,
Christopher Fox, created and used the Instagram account "Foxfire6010."

4

photos, he told her that if she did not send him the photos he requested, he would post the personal details she had shared with him, such as cutting herself, on social media for her friends to see. FOX also sent her photos of his genitals using the social media platform Snapchat, and videos of himself masturbating. MV stated that FOX turned the camera to his face in at least some of the videos. FOX told MV that he would not stop sending these images and videos of himself masturbating until she sent him naked photos of herself, and that it was "her turn."

10.    According to MV, she felt scared and took photos of herself without clothes on in the mirror and on her bed. In some photos she sent to FOX, she wore a robe and took the photos in a mirror while exposing her buttocks, breasts, and genitals. After sending these photos to FOX, he threatened to post them online or send them to her friends unless she sent more naked photos of herself. At some point FOX specifically requested a full-body naked photo of MV. MV sent FOX at least one photo of herself in which she is not wearing any clothes and the side of her face is visible.[2] MV sent these photos to him using Snapchat. The Snapchat application notifies users when another person takes a "screenshot"

---

[2] As set forth below, HSI successfully recovered these images from FOX's devices, and they are described in further detail in paragraph 34.

of a photo, and MV confirmed that Snapchat notified her that FOX had in fact taken screenshots of the images she sent him.

11.     According to MV, later in September 2016, she told FOX that she would "block" him from contacting her.  He responded by telling her no, and that if she did block him he would send the naked photos of her that he had in his possession to her friends on social media.  MV blocked him from contacting her anyway.  At this point in time, FOX started to "add" MV's friends on social media. MV has not been directly contacted by FOX since late September 2016.

12.     According to MV, in November 2016, FOX created a new Instagram account under the username "[MV]_nude"[3] which he then filled with naked photos MV had sent him.  MV confirmed that until this account was created, nobody else that she knew had the naked photos she had sent to FOX.  FOX then contacted individuals who were listed as MV's friends on Instagram, made them aware of this account, and asked them to "follow" it.  Her friends and classmates saw the images and shared them with other students at school.  According to MV, her friends and classmates have all of the naked photos she had sent to FOX.

13.     MV reported that due to the events set forth above, she did not want to go to school because her schoolmates would judge her, and her friends still

---

[3] The account FOX created used MV's real first name, which is redacted here to protect her identity.

had the photos that FOX distributed to them. MV was scared to share what had happened to her with her parents, and she did not tell them until some time had passed. Eventually when MV's school found out what had happened, they notified MV's parents. Throughout the events set forth above, MV feared that FOX might come and find her, especially since he had previously asked her for her address. MV has suffered from emotional distress due to the events set forth above.

14.     On June 29, 2017, I conducted an interview with MV and her mother. MV confirmed that she had stopped attending school due to her emotional distress, and she has been home-schooled since these events took place in November 2016. MV's mother reported that MV has experienced bullying from her classmates due to the events set forth above, and that MV's friends and classmates still have the nude photographs of MV in their possession.

15.     During this interview, I presented MV with a photo lineup of six males and asked her to identify the man who had contacted her on social media using the Instagram username "Foxfire6010," whom she knew as "Chris Fox." I included a known photograph of FOX. Upon showing the victim the photo lineup, she instantly covered her face and started crying. She simultaneously pointed to the photo lineup and said "the middle photo on the bottom row." This photo was the photo of FOX. MV thereafter became emotional, and we paused the interview for several minutes as MV's mother consoled her.

7

## II.   *Identification of Christopher Fox*

16.    On February 3, 2017, HSI Honolulu Investigative Assistant Natalie Rousseau-Starr conducted database checks for CHRIS FOX.  Results of the search revealed Facebook and Instagram pages for "Chris Fox" that both contained the same profile picture of a young male with short brown hair and dark eyes.  The Instagram account, "Foxfire6010," has a public personal biography stating the following: "A proud American soldier living in Hawaii, camping, traveling, adventures, bonfires!"

17.    On February 16, 2017, I requested assistance from Special Agent Patrick Walton ("SA Walton") of the Hawaii U.S. Army Criminal Investigation Command ("CID"), who is stationed at the Schofield Barracks army base in Wahiawa, Oahu.  I specifically requested information for Christopher FOX, also known as Chris Fox, and provided his possible Social Security Numbers.  SA Walton responded that FOX was on active duty and was deployed to the Anderson Airforce Base, Guam, for six months, starting in January 2017 and continuing through July 2017.  SA Walton later responded with information that FOX's middle name is Ernest, and confirmed his social security number.

18.    On February 24, 2017, SA Walton provided me with a photograph of Christopher FOX, from the Department of Defense database.  After viewing and comparing the photographs, I believe the individual in this photograph

is the same individual who appears in the profile photos for the "Chris Fox" on Facebook and the Instagram account used to communicate with the minor female, "Foxfire6010."

19.    On March 1, 2017, I received information associated with the account username "Foxfire6010" from Instagram.  According to this information, the account is registered to the email address "Foxfire6010@hotmail.com."  The results also listed several Internet Protocol (IP) addresses for this account, and the Internet Service Providers (ISP) for those IP addresses, which included Time Warner Cable.[4]

20.    To trace the IP addresses provided by Instagram, I followed up with Time Warner Cable to obtain subscriber information for those addresses.  On March 15, 2017, I received information from Time Warner Cable about the subscriber information for several of the IP addresses associated with the account "Foxfire6010."  Several of these IP addresses were connected to a subscriber, an adult male who will be referred to herein as "KW," at the address 8xx Williston

_____

[4] An IP address is a "location," or address, that is unique to a particular computer or electronic device during a specific online session.  The IP addresses provided by Instagram essentially provide the location at which this Instagram account was "logged in" on a certain date.

Avenue, Unit 3xxx, Wahiawa, Hawaii 96786. The activation date for this internet

service was August 9, 2016 and the deactivation date was February 28, 2017.

21.     On March 16, 2017, I contacted SA Walton to seek information

for KW. SA Walton confirmed that the address provided by Time Warner Cable

was the Military Police Barracks located on Schofield Barracks. SA Walton stated

that KW was an active member of the Military Police, and had previously been

roommates with FOX at Schofield Barracks. According to SA Walton, KW and

FOX had shared a two-room barracks before they were deployed to Guam together

in January 2016. Each barracks consists of one living space with two separate

bedrooms. The two rooms share a common living area. SA Walton also

confirmed that it is standard for each two-room unit at the barracks to have only

one internet router covering both rooms. According to SA Walton, KW is an

African American male.

### III.   Interview with MV's Friends

22.     On March 15, 2017, I received written reports from the

Wiltshire Police Force in the UK that their officers had interviewed some of MV's

friends and classmates who had received the images FOX distributed to them using

social media. One female friend, ("EJ"), explained that sometime before

Christmas 2016, a school friend of hers, ("MM"), sent EJ photographs which

included images of MV standing frontwards in the mirror naked wearing a dressing

10

gown which was open, showing MV's naked breasts and vagina. In another photo, MV had no dressing gown and was facing to the side, exposing her buttocks. In another photo, MV appeared to be inserting a finger into her vagina. According to EJ, she saw about four to five of these photos of MV in total. EJ stated that as a result of the photographs going around school, MV was called names at school, and had started to be home-schooled.

23.     I received a writted copy of the Wiltshire Police's interview with MM, another female friend of MV, dated February 14, 2017. MM stated that she had known MV for about eight years, since primary school. According to MM, she saw naked photographs of MV on Instagram in the beginning of December 2016. Specifically, the photos displayed MV's naked breasts, buttocks, and vagina. MM explained that the way she saw these photos was that she received a request on Instagram asking her to follow an account which she recalled as "[MV]_nude." MM stated that she clicked to follow the account, and then all the photos came into view. MM estimated that there were about six to eight photos on this account. All of the images were naked photos of MV, and in some of them MV's face was visible. MM stated that some of the photos were taken in MV's bedroom, which she knew because MM had been in this bedroom and recognized it in the photos. MM stated that she took a screenshot of the photos and sent them to her friend EJ. MM said that MV stopped going to school after this incident.

11

## IV. *Additional Instagram Information for "[MV]_nude."*

24.     Instagram records that I received during this investigation revealed that the account "[MV]_nude" was created on November 8, 2016 using the email address "Foxfire6010@gmail.com."[5]

25.     Further information from Instagram showed that on November 27, 2016, FOX logged into his personal Instagram account, "Foxfire6010," at **8:48** UTC from the IP address "2605:e000:cad0:c00:edb2:a69d:b2b8:2f81."  Exactly two minutes later on the same day, the "[MV]_nude" Instagram account (which was used to distribute the naked photos of MV) was logged into from the exact same IP address, "2605:e000:cad0:c00:edb2:a69d:b2b8:2f81," at **8:50** UTC.

26.     On May 22, 2017, I received further information from Instagram regarding the account "[MV]_nude."  This information revealed that the user of this account, *i.e.*, FOX, had followed at least 44 individual users on Instagram.  Among the accounts followed were the Instagram usernames for EJ and MM, and at least three other classmates of MV.  During an interview with MV on June 29, 2017, I asked her to confirm that these usernames did belong to her friends and classmates, which she confirmed.  The information I received from

---

[5] As set forth below in paragraph 33, during an interview with law enforcement, FOX confirmed that "Foxfire6010@gmail.com" is one of his personal email addresses.

12

Instagram also confirmed that MM's username was "accepted" to view the photos posted on the account "[MV]_nude," which corroborates MM's statement to the Wiltshire Police. This information also confirmed that MV had "blocked" the account "[MV]_nude," which corroborates MV's statement to the Wiltshire police and to me.

27.    The information I received from Instagram also confirmed that the user of "[MV]_nude" had sent direct messages to eight Instagram users on November 27, 2016. Several of these messages invited the Instagram users to "follow" the account specifically for the purpose of seeing nude photos of MV.

28.    The information I received from Instagram also revealed that on November 27, 2016, the user of "[MV]_nude" sent a message to MV's personal Instagram account stating the following: "Ready for everyone to see ur nudes."

29.    The information I received from Instagram also revealed that on November 27, 2016, the user of "[MV]_nude" sent messages to MM's personal Instagram account (the same MM who provided statements to the Wiltshire police, as set forth above in paragraph 23). In the text of these messages, which I have read, FOX confirmed that MV had sent him nude photographs of herself, and asked MM: "Wanna trade nudes with the devil?" He then told MM "my bloods only out for [MV]" and that he was now acting to get "revenge" on MV. FOX then attempted to solicit a naked photo of MM. When MM refused, FOX

13

pretended that he already had possession of a naked photo of MM, and threatened to post it on social media unless MM sent him a naked photo of herself.  When MM again refused, FOX insisted that he obtained the naked photo of MM from a camera in her school's locker room and told her, "ur going on blast."  MM confirmed to FOX that she was 12 years old, and in response FOX stated:  "U don't look it if [sic] fuck u so long n hard."[6]  FOX then told MM he was 19 years old.  MM then sent the following message, to which FOX responded:

> …
> [November 27, 2016; 11:52:10 UTC]
>
> MM:              When [MV] told me to block the account she said it
>                  was a kid called fox…
>
> FOX:             Yea u right it is lol

## V.  *Interview of Christopher Fox*

30.    On July 11, 2017, the Honorable Kenneth J. Mansfield, United States Magistrate Judge, issued search warrants for all electronic devices, bags, and luggage, found in FOX's possession, custody, or control and in his barracks when he arrived back in Honolulu from his deployment to Guam on July 12, 2017.

31.    On July 12, 2017, HSI Honolulu arrived at Schoffield Barracks to execute the search warrants.  After first identifying FOX, I explained to him that

---

[6]  I believe this message has one typo, and was intended to be "U don't look it [I'd] fuck u so long n hard."

14

he was not under arrest, then provided him with copies of the search warrants. After executing the warrants, I told FOX that he was not under arrest and he was free to leave at any time.  I told him that if he did want to talk to agents, then I would read him his rights.  FOX stated that he wanted to cooperate by answering questions.

32.    I then provided FOX with a Department of Homeland Security Statement of Rights form, which I reviewed with him, and which FOX signed. FOX then accompanied officers to a room where his interview was video and audio recorded.

33.    During this interview, FOX confirmed that his personal Instagram account was "Foxfire6010," and that his personal email accounts included "Foxfire6010@gmail.com" and "Foxfire6010@hotmail.com."  He confirmed that he had lived at Schoffield Barracks between September 2016 and January 2017, during which time he was roommates with KW, and that the two shared the same internet wireless service, which was in KW's name.  FOX paid cash each month to KW for this internet service.  When asked about MV, whom I only identified by her first name, FOX eventually recalled her last name by memory as well as her Instagram username.  FOX claimed that he had been in a "relationship" with MV and he believed she was 14 years old.  He further claimed that his contact with her had only taken place 3-5 years ago.  FOX stated that they

had "traded" nude photos and videos of each of them masturbating.  With regard to these photos, I asked FOX, "would you tell her what to do sometimes?"  FOX responded, "yes."  He stated that she was wearing a pink robe in some of the photos she sent him, and these photos were taken in a room or a bathroom.  He confirmed that he would send her images of his genitals, and videos of himself masturbating.  FOX stated that at some point MV wanted to "leave" him, so he "basically blackmailed her with those photos" by threatening to post them online.  He stated: "I basically used the photos she sent me against her."  He stated that he has a "fucked up mentality of revenge."  He confirmed that he collected photos of girls he met on the internet, including MV, in order to use them to masturbate.

## VI.   Forensic Review of FOX's Electronic Devices

34.     The forensic review of FOX's phone, an iPhone model 7 with serial number F4GSNHK0HG71, revealed at least two photos of MV in a pink robe that is open, exposing her breasts, buttocks, and genitals, that appear to be taken in a mirror, matching the description she provided to law enforcement.  In one photo, she has no clothes on and is facing away from a mirror, with a hand reaching back and touching her buttocks, possibly with a finger inserted into her anus or vagina.  This photo appears to be taken in a bedroom, and there are pink decorations visible in the background.

16

35.     The forensic review of FOX's phone, an iPhone model 7 with

serial number F4GSNHK0HG71, also revealed possession of a substantial amount

of child pornography images.  This material included – but was not limited to – the

following images:

>     Photo #1: This photo is taken in what appears to be a
>     bedroom, and an adult male sits on a bed, naked with his
>     legs spread, facing the camera.  On his lap is a very young
>     female child, with dark hair in pigtails.  It is my estimation
>     that this child is approximately 5 or 6 years old.  The child
>     is naked, and is seated upon the erect penis of the adult
>     male, which is inserted into her vagina from below.  The
>     man's face is not visible because there is a black box
>     covering it, but the child's eyes are open and looking
>     towards the camera.
>
>     Photo #2: This photo shows a young female girl, who I
>     approximate to be 9 or 10 years old, performing felatio on
>     an adult male who is naked and is facing the child with an
>     erect penis.  The male's face is not in the photo, but the
>     child's face and her shoulders are visible from the side.  The
>     male has his hand on the back of the child's head and he is
>     inserting his penis into her mouth.
>
>     Photo #3:  This photo shows a young toddler, who I
>     approximate to be 2-3 years old, who is sprawled on the
>     floor, possibly on a beige blanket.  The child's wrists are
>     tied with white rope or string, and her arms are forcefully
>     spread apart by this binding.  Her legs are also spread open,
>     also bound by rope and forcefully extended, which exposes
>     her genitals to the camera.  Her face appears to be covered
>     with smeared red lipstick.
>
>     Photo #4: This photo shows a young toddler with blond
>     hair, who I approximate to be 2-3 years old, who is
>     sprawled out on a blue blanket with her legs spread, which
>     exposes her genitals to the camera.  Her wrists are bound by

17

white rope and her arms are forcefully spread apart by this binding. Her legs are not bound with rope, but are positioned to be spread apart. Her eyes are open.

## CONCLUSION

Based on the foregoing, I believe there is probable cause to arrest

Christopher FOX for the violations of federal law set forth above.

Respectfully submitted,

SLAVE IAFETA
Special Agent
Homeland Security Investigations

Subscribed and sworn before me this 29th day of August, 2017. Based upon the foregoing, the undersigned Judicial Officer finds that there is probable cause to believe that defendant above-named committed the crimes charged in the Criminal Complaint, this 29th day of August, 2017.

RICHARD L. PUGLISI
UNITED STATES MAGISTRATE JUDGE
District of Hawaii

18